# **EXHIBIT B**

MINTO FINANCIAL Board Resolution No. 2021 – 21, to Affirm Termination of the Management and Operations Agreement by and Between BEDCO and Minto Development Corporation in Accordance with Sect. 8(a)

## MINTO FINANCIAL BOARD OF DIRECTORS

## RESOLUTION NO. 2021-21

## RESOLUTION TO AFFIRM THE TERMINATION OF THE MANAGEMENT AND OPERATIONS AGREEMENT BY AND BETWEEN BEDCO AND MINTO DEVELOPMENT CORPORTATION UNDER SECT. 8(a)

WHEREAS: The Minto Tribal Council is the official and governing body of and for the Native Village of Minto; and

WHEREAS: Under the Constitution and Charter of the Native Village of Minto, the Village shall have the power to enter into any business or activity that will better the condition of the Village and its members; and

WHEREAS: Under the Constitution and Charter of the Native Village of Minto, the Village shall have the power to do such other things as may be necessary to carry on the business and activities of the Village; and

WHEREAS: The Minto Constitutional Act, adopted March 1, 2006, references the fact that the "Native Village of Minto" and the "Minto Tribe" are one in the same, and establishes the Minto Tribal Council as the governing body of the Minto Tribe; and

WHEREAS: The Minto Tribal Council, at a duly called meeting held October 2, 2018, and November 7, 2018, with a quorum present, passed the motion to authorize and approve the Charter of the Benhti Economic Development Corporation ("BEDCO") and appoint BEDCOBoard of Directors ("BEDCO Board"); and

WHEREAS: The Board has been provided sufficient time in accordance with the Bylaws to review the action of Parties subject to the Management and Operations Agreement by and between BEDCO (of which MINTO FINANCIAL is a subsidiary) and Minto Development Corporation; and

WHEREAS: MINTO FINANCIAL is NOT a party to the above-referenced Agreement, but wishes to cast no doubt as to the intent to terminate the Agreement; and

WHEREAS: The MINTO FINANCIAL Board held a duly called meeting on this 14th day of December 2021, whereby a quorum was present; and

WHEREAS: The MINTO FINANCIAL Board has reviewed the BEDCO Board Resolution No. 2021-30 (titled "Resolution to Terminate the Management and Operations Agreement by and Between BEDCO and Minto Development Corporation in Accordance with Sect. 8(a)"), attached herein in draft form;

1

MINTO FINANCIAL Board Resolution No. 2021 – 21, to Affirm Termination of the Management and Operations Agreement by and Between BEDCO and Minto Development Corporation in Accordance with Sect. 8(a)

NOW THEREFORE BE IT RESOLVED:

Section 1. <u>Recitals; Findings</u>. The MINTO FINANCIAL Board hereby determines and finds that (a) the WHEREAS clauses in this Resolution are true and correct in all material respects; (b) the MINTO FINANCIAL Board is the duly elected and governing body of MINTO FINANCIAL Board's adoption of this Resolution is in the best interest of MINTO Financial.

Section 2. <u>Approval of Due Diligence</u>. The MINTO FINANCIAL Board hereby acknowledges that the BEDCO Board, in a duly held Special Meeting with a quorum present on December 14, 2021, voted in favor of and executed BEDCO Board Resolution No. 2021 – 30 (titled Resolution to Terminate the Management and Operations Agreement by and Between BEDCO and Minto Development Corporation in Accordance with Sect. 8 (a)"), attached here in draft form;

Section 3. <u>Determination</u>. The MINTO FINANCIAL Board hereby determines that no law, ordinance, rule, regulation, resolution, or other action of the MINTO FINANCIAL Board or any of the agencies or instrumentalities of MINTO FINACNIAL, either written or established by custom or tradition: (a) prohibits the MINTO FINANCIAL Board from approving the matters herein approved, or the execution, deliver, or performance of any Approved Documents, or the consummation of the transactions contemplated therein; or (b) creates any obligation of MINTO FINANCIAL to submit these matters for approval of or consent from any officer, body, agency, or instrumentality of the Tribe, or any vote by members of the Tribe, except for such approvals and consents that have already been obtained and are in full force and effect.

Section 4. <u>Repeal</u>. Any laws, ordinances, judgements, decisions, orders, resolutions, rules, regulations, or other actions of MINTO FINANCIAL or any instrumentality or agency of the MINTO FINANCIAL (exclusive of the Tribe's Constitution), or any of the officers, employees, or agents, of the foregoing, whether written, unwritten, or established by tradition that are in effect and are in conflict with or inconsistent with the terms of this Resolution, the transactions contemplated herein, or any provision set forth herein, are hereby repealed and annulled to the extent of the conflict or inconsistency, and this Resolution shall supersede there same.

MINTO FINANCIAL Board Resolution No. 2021 – 21, to Affirm Termination of the Management and Operations Agreement by and Between BEDCO and Minto Development Corporation in Accordance with Sect. 8(a)

Section 5.  Miscellaneous.

(a) The foregoing resolutions are in addition to, and are not limited by, any resolutions here theretofore by the MINTO FINANCIAL Board.

(b) If any provision of this of the Resolution of the application of any provision this Resolution is held to be invalid, the remainder of this Resolution will not be affected with respect to the same.

(c) This Resolution will become effective as of the date and time of its passage and approval by the MINTO FINANCIAL Board.

AND BE IT FINALLY RESOLVED:

The MINTO FINANCIAL Board hereby affirms the termination of the Management and Operations Agreement referenced and attached herein by the between BEDCO and Minto Development Corporation, in accordance with Sect. 8 (a) of the Agreement, and authorizes the Secretary/Treasurer, in consult with Legal Counsel, to carry out and execute any forms or other procedures to effectuate in the intent of the Board, where by Notice is hereby given to Minto Development Corporation, which shall toll the thirty (30) day period effective as of the date of this Resolution, Tuesday, December 14, 2021 ("Notice Period").

In accordance with Sect. 8 (a), "all books and records relating to the operation of the Business shall be immediately returned to the Company."

During the Notice Period, Minto Development Corporation shall "allow the Company and designated employees, attorneys, accountants and other representatives of the Company, full and free access to its books and records, and all of the facilities of the Company relating to the Business."

The Board authorized Legal Counsel to represent MINTO FINANCIAL to carry out the intent of this Resolution.

MINTO FINANCIAL Board Resolution No. 2021-21 to Affirm the Termination of the Management and Operations Agreement by and Between BEDCO and Minto Development Corporation in Accordance with Sect. 8(a)

    (b)    If any provision of this Resolution or the application of any provision of this Resolution is held to be invalid, the remainder of this Resolution will not be affected with respect to the same.

    (c)    This Resolution will become effective as of the date and time of its passage and approval by the MINTO FINANCIAL Board.

AND BE IT FINALLY RESOLVED:

The MINTO FINANCIAL Board hereby affirms the termination of the Management and Operations Agreement referenced and attached herein by and between BEDCO and Minto Development Corporation, in accordance with Sect. 8(a) of the Agreement, and authorizes the Secretary/Treasurer, in consult with Legal Counsel, to carry out and execute any forms or other procedures to effectuate the intent of the Board, whereby Notice is hereby given to Minto Development Corporation, which shall toll the thirty (30) day period effective as of the date of this Resolution, Tuesday, December 14, 2021 ("Notice Period").

In accordance with Sect. 8(a), "all books and records relating to the operation of the Business shall be immediately returned to the Company."

During the Notice Period, Minto Development Corporation shall "allow the Company and designated employees, attorneys, accountants and other representatives of the Company, full and free access to its books and records, and all of the facilities of the Company relating to the Business."

The Board authorizes Legal Counsel to represent MINTO FINANCIAL to carry out the intent of this Resolution.

### CERTIFICATION

I, as undersigned Secretary-Treasurer of the MINTO FINANCIAL Board, hereby certify that this Resolution was adopted by the vote of: 2 For; 1 Against; 0 Abstain; 0 Not Voting; during a duly called meeting, held on the 14th day of December, 2021.

Secretary/Treasurer
MINTO FINANCIAL Board

Attest

Chairperson
MINTO FINANCIAL Board

3