## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Justin Fahy, et al.

                        Plaintiff,

v.                                                     Case No.: 1:23−cv−03590

                                                                    Honorable Matthew F. Kennelly

Minto Development Corporation, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 14, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 9/14/2023. Defendants' motion to dismiss [27] is stricken for the reasons stated on the record. The plaintiff is to file a supplement to the motion for discovery [30] by 9/19/2023. Defendant's response to the motion is due 9/27/2023. Case is set for a telephonic status hearing on 10/6/2023 at 9:15 a.m. All other pending motions are entered and continued to 10/6/2023. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.