IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUSTIN FAHY, <br> JENNENE STOICESCU, <br> KIMBERLY ADAMS, <br> and WILLIAM NORTHCUTT, <br> on behalf of Plaintiffs and the class <br> members described herein, <br><br> Plaintiffs, <br><br> v. <br><br> MINTO DEVELOPMENT CORPORATION; <br> BENHTI ECONOMIC DEVELOPMENT CORPORATION; <br> DOUGLAS WILLIAM ISAACSON; <br> MINTO FINANCIAL d/b/a Minto Money; <br> and JOHN DOES 1-20, <br><br> Defendants. | Case No.: 1:23−cv−03590 <br><br> Honorable Matthew F. Kennelly |

**PLAINTIFFS' SUPPLEMENT TO THEIR MOTION TO TAKE DISCOVERY**

Pursuant to this Court's order of September 14, 2023, Plaintiffs Justin Fahy, Jennene Stoicescu, Kimberly Adams, and William Northcutt ("Plaintiffs") supplement their Motion to Take Discovery (Dkt. 30) by way of submitting the discovery requests attached hereto as Exhibit A. Plaintiffs request leave to issue the attached discovery before responding to Defendants Benhti Economic Development Corporation ("BEDCO"), Minto Financial d/b/a Minto Money ("Minto Financial"), Minto Development Corporation ("MDC"), and Douglas William Isaacson's ("Isaacson") (collectively, "Defendants") Motion to Transfer Venue (Dkt. 23) and Motion to Compel Arbitration (Dkt. 25). Explanatory information is provided in brackets.

Plaintiffs request that the Court stay briefing on the Motion to Transfer Venue pending the completion of any discovery the Court permits Plaintiffs to take.

1

Defendants claim that "Plaintiffs' claims do not belong in federal court" (Dkt. 26, p. 3) and that Minto Financial and BEDCO are not subject to suit anywhere, including the District of Alaska. Defendants seek to enforce the arbitration provision in the loan agreements which Plaintiffs contend is illegal. Thus, the threshold question is the Motion to Compel Arbitration, as that is the venue in which Defendants claim these disputes must be resolved.

Respectfully submitted,

*/s/Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

  I, Matthew J. Goldstein, certify that on Tuesday, September 19, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                 */s/Matthew J. Goldstein*
                  Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
  **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com