# **EXHIBIT A**



**1 OF 1 RECORD(S)**

# SmartLinx® Comprehensive Business Report

**Search Terms -** company(Lochan Thin Elk Denton) radius(15)

| | | | |
|---|---|---|---|
| Executives - Current (0) | Incorporation/SOS (1) | Operations/Sites (3) | Sales (0) |
| Licenses (0) | URLs (0) | Real Property - Current (0) | Real Property - Prior (0) |
| MVRs - Current (0) | MVRs - Prior (0) | Watercraft - Current (0) | Watercraft - Prior (0) |
| Aircraft - Current (0) | Aircraft - Prior (0) | Bankruptcy Filings (0) | Judgments & Liens Filings (0) |
| UCC Filings (0) | Executives - Prior (0) | Registered Agents (0) | Name Variations (1) |
| Possible Employees (3) | Person Associates (0) | Business Associates (0) | TINs (0) |
| Possible Connected Business (1) | Parent Company (0) | Industry Information (0) | |
| View All Sources (2) | | | |

## Business Summary

| **Name** | **Address** | **Phone** |
|---|---|---|
| LOCHEN THIN ELK DENTON PLLC | 4124 Quebec Ave N Ste 307 | 303-819-9100 |
| 👎 (No recent public filings on file) | Minneapolis, MN 55427-1241 | |

| **LexID** | **Established** | **TIN** |
|---|---|---|
| 0446-1158-6590 | 2014 | |

## At a Glance

| | | | |
|---|---|---|---|
| **Real Property** | 0 | **UCC Debtor** | 0 |
| **Personal Property** | 0 | **Bankruptcy** | 0 |
| **Secured Assets** | 0 | **Judgments/Liens** | 0 |
| **Executives** | 0 | **Foreclosure/Notice of Default** | 0 |

## Name Variations - 1 name variations found

| NO. | NAME |
|---|---|
| 1 | LOCHEN THIN ELK DENTON PLLC |

## TINs - 0 TIN(s) found

## Business Profile

### Executives: Current - 0 executive(s) found

### Incorporation/SOS (1 active, 0 other)

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|

| NO. | | | | | |
|---|---|---|---|---|---|
| 1. | LOCHEN THIN ELK DENTON PLLC | LIMITED LIABILITY CORPORATION | ACTIVE | 05/07/2014 | 759844600022 |

*Additional Details*
Business Type: LIMITED LIABILITY CORPORATION
Business Status: ACTIVE
Filing Type: SOS Filing
For Profit: Unknown
Origin: Other Business Filing

## OperatingLocations - Showing 3 location(s)

| NO. | ADDRESS | METRO AREA | PHONE |
|---|---|---|---|
| 1. | 1020 14th St<br>Onawa, IA 51040-1513<br>Monona County | MONONA COUNTY | |
| 2. | 4124 Quebec Ave N<br>Minneapolis, MN 55427-1235<br>Hennepin County | Minneapolis-St. Paul, MN-WI | 303-819-9100 |
| 3. | PO Box 34628<br>Seattle, WA 98124-1628<br>King County | KING COUNTY | |

Sales - 0 record(s) found

Parent Company - 0 record(s) found

Industry Information - no information found

Licenses - 0 licenses found

URLs - 0 URLs found

Bankruptcy (0 active, 0 closed)

Judgments/Liens (0 filings)

UCC Filings (0 debtor, 0 creditor)

Real Property (0 current, 0 prior)

**Personal Property (0 current, 0 prior)**
Motor Vehicles (Showing 0 of 0)
Watercraft (Showing 0 of 0)
Aircraft (Showing 0 of 0)

**Associates**

Executives: Prior - 0 prior executive(s) found

Registered Agents - 0 registered agent(s) found

Possible Employees - 0 current, 3 prior employees found

| NO. | NAME | ADDRESS | STATUS | DATE(S) |
|---|---|---|---|---|
| 1. | Denton, Sandra<br>MANAGER | 4124 Quebec Ave N Ste 307<br>Minneapolis, MN 55427-1241 | Prior | 05/07/2014 |
| 2. | Elk, Shane Thin<br>MANAGER | 4124 Quebec Ave N Ste 307<br>Minneapolis, MN 55427-1241 | Prior | 05/07/2014 |
| 3. | Lochen, Eric<br>MANAGER | 4124 Quebec Ave N Ste 307<br>Minneapolis, MN 55427-1241 | Prior | 05/07/2014 |

Person Associates - 0 other person associates found

Possible Connected Business - 1 businesses found

| NO. | NAME | ADDRESS |
|---|---|---|
| 1. | LOCHEN SILVA, PLLC | 4124 Quebec Ave N Ste 307<br>Minneapolis, MN 55427-1241<br>Hennepin County |

Business Associates - 0 business associates found

Sources - 2 record(s) found

| All Sources | 2 Source Documents |
|---|---|
| Other Directories | 1 Source Documents |
| Experian | 1 Source Documents |

Key

 High Risk Indicator. These symbols may prompt you to investigate further.

Moderate Risk Indicator. These symbols may prompt you to investigate further.

General Information Indicator. These symbols inform you that additional information is provided.

The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**FCRA:** The data provided to you by use of this product may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment or other purposes identified under the Fair Credit Reporting Act (FCRA).

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: I have no permissible use
Your DMF Permissible Use: I have no permissible use

Copyright © 2023 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

End of Document