# EXHIBIT B

---

## Business Record Details »

Minnesota Business Name
## Lochen Law Offices, PLLC

**Business Type**
Limited Liability Company (Domestic)

**MN Statute**
322C

**File Number**
3412933-2

**Home Jurisdiction**
Minnesota

**Filing Date**
07/14/2009

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2024

**Registered Office Address**
3541 Fremont Ave S
Mpls, MN 55408
USA

**Registered Agent(s)**
(Optional) Currently No Agent

**Manager**
Eric Lochen
106 Kestrel Way
Hartland, WI 53029
USA

**Principal Executive Office Address**
106 Kestrel Way
Hartland, WI 53029
USA

**Comments**
Law

---

**Filing History**

# Filing History

**Select the item(s) you would like to order:**  Order Selected Copies

---

Case: 1:23-cv-03590 Document #: 40-2 Filed: 11/06/23 Page 3 of 3 PageID #:413

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 07/14/2009 | Original Filing - Limited Liability Company (Domestic) | |
| | 07/14/2009 | Limited Liability Company (Domestic) Business Name (Business Name: Lochen Law Offices, PLLC) | |
| ☐ | 6/10/2015 | Administrative Termination - Limited Liability Company (Domestic) | |
| ☐ | 7/14/2016 | Annual Reinstatement - Limited Liability Company (Domestic) | |
| | 1/1/2018 | Conversion to 322C Due to Statute Mandate – Limited Liability Company (Domestic) | |
| ☐ | 3/15/2018 | Administrative Termination - Limited Liability Company (Domestic) | |
| ☐ | 5/24/2022 | Annual Reinstatement - Limited Liability Company (Domestic) | |

© 2023 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**
**Vulnerability Disclosure**