# **EXHIBIT C**

 Search the site... Lawyer Search | Legal Research | Directories | Careers | Contact Us | myStateBar  Log In here

About Us | For Members | Marketplace | News & Publications | For Public

 Home > Directories > LawyerProfile

WisBar's Lawyer Search provides basic information about attorneys licensed to practice law in Wisconsin. The information provided is reported to the State Bar by its members, who are required by Supreme Court Rule 10.03 to maintain current address information with the State Bar. Optional profile information is added and maintained by individual State Bar members. Members can update select profile information by visiting myStateBar at the top of this site or contacting Customer Service at (800) 728-7788 for assistance.

To find pending public disciplinary cases or to view public disciplinary histories regarding a specific attorney, visit the Wisconsin Court System's database.

The license status and member type information provided reflect this lawyer's current information. For historical information on their license status, please contact Customer Service.

To add to or update your profile, go to myProfile.

## ATTORNEY INFORMATION



**Atty. Eric Lochen**
**County:** Waukesha

**Member ID:** 1094919
**Graduation Year:** 2008
**Languages:** English
**Law School:**
William Mitchell College of Law
**WI Admission:** 12/16/2013
**License Status:**
Good Standing
**Member Type:**
Active

You must Login to view full profile

### LAWYER SEARCH

LAST NAME

FIRST NAME

COUNTY

SEARCH    ADVANCED

### myStateBar

my Media
my Profile
my Memberships
my Dues
my History
my CLETracker
my Staff

### LEGAL RESEARCH TOOLS



SEARCH

### CLASSIFIEDS / SERVICES

Place a Classified Ad
Career Opportunities
For Sale or Rent
Member Discounts
Professional Services & Experts
Court Reporters
Attorney Referrals