# **EXHIBIT D**



**ERIC M. LOCHEN** MANAGING PARTNER* | **PH** (218) 308-1076
LOCHEN LAW OFFICES, PLLC  P.O. BOX 174, HARTLAND, WI  53029  | ERIC@LOCHENLAW.COM

## Position Description: Summer Associate

Lochen Law Offices is seeking candidates for a Summer Associate position. The position is for law students who have successfully completed or are presently enrolled in Constitutional Law—Powers and Federal Indian law, and have a demonstrated interest and/or background in advocating on behalf of Indian tribes.

### Project Examples

The summer associate will assist with and be exposed to legal research and writing, litigation in various jurisdictions, and more. Examples of projects and responsibilities: Tribal economic development projects; drafting/reviewing corporate bylaws, resolutions and ordinances, and related matters; researching and drafting policies and procedures for various Tribal governmental departments; researching and drafting research memos on tax issues, jurisdictional questions, and other matters that focus on representation of Indian tribes and Tribal entities.

Other subject matter may include Tribal employment law, Tribal lending questions, and more.

The summer associate will also perform other duties inherent to the position of summer associate, including basic administrative tasks, and other duties as requested.

The ideal candidate would be well-versed and particularly interested in Tribal and federal Indian law as well as corporate structuring of businesses and contract law.

### Compensation and Terms of Employment

Full-time Summer associateship (32-40 hours per week; ten weeks at minimum); part-time opportunity (10-20 hours per week) available during the school year. Flexible hours and schedule. All work will be completely remotely and be deadline-driven.

Compensation starts at $35.00 per hour, paid bi-weekly based on hours worked. Benefits and overtime (40+ hours/week) are not available.

Application Deadline: March 31, 2021

### About the Firm



**ERIC M. LOCHEN** MANAGING PARTNER* | **PH** (218) 308-1076
LOCHEN LAW OFFICES, PLLC P.O. BOX 174, HARTLAND, WI 53029 | ERIC@LOCHENLAW.COM

Lochen Law Offices ("Firm") is a boutique law firm with offices in Hartland, WI. The Firm provides representation and counsel to Indian tribes, Tribal entities, and persons with significant ties to Indian Country nationwide.

Managing Partner Eric Lochen is honored to lead a law firm with a heavy emphasis on Tribal business ventures and economic development, complemented by diverse practice experience.

The Firm believes that both a traditional and contemporary expression of Tribal sovereignty can be demonstrated by and through Tribal economic development ventures. As a law firm dedicated to the prosperity of Tribal communities, our clients benefit from our thorough understanding and application of the law and sound business practices.

The Firm has provided representation and counsel concerning a broad array of subject matter, including General Counsel services, Indian housing law, Indian gaming law, Indian land and real estate law, Tribal regulatory matters and other Federal agency hearings and inquiries on behalf of Tribes, sovereign immunity and jurisdictional issues, Tribal code development, business law, Tribal finance and economic development, Tribal government transition and reorganization, and more.

**To Apply:**

Please submit a resume, cover letter, and references to:

Eric Lochen, Managing Partner
Lochen Law Offices
P.O. Box 174
Hartland, WI  53029
eric@lochenlaw.com
(218) 308-1076 phone