IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN FAHY, <br> JENNENE STOICESCU, <br> KIMBERLY ADAMS, <br> and WILLIAM NORTHCUTT, <br> on behalf of Plaintiffs and the class <br> members described herein, <br><br> Plaintiffs, <br><br> v. <br><br> MINTO DEVELOPMENT <br> CORPORATION; <br> BENHTI ECONOMIC <br> DEVELOPMENT CORPORATION; <br> DOUGLAS WILLIAM ISAACSON; <br> MINTO FINANCIAL d/b/a Minto Money; <br> and JOHN DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:23−cv−03590 <br><br> Judge Matthew F. Kennelly |

## JOINT INITIAL STATUS REPORT REGARDING DISCOVERY

    In accordance with this Court's March 14, 2024 order, the parties submit the following proposed discovery schedule:

- Deadline to Amend Pleadings or Add Parties: November 15, 2024
- Deadline to serve Rule 26a(1) Disclosures: April 19, 2024
- Plaintiffs' Deadline to File Motion for Class Certification: January 17, 2025
- Fact Discovery Completion Date: March 28, 2025
- Deadline to Issue First Written Discovery: April 26, 2024
- Expert Discovery Completion Date: June 20, 2025
- Dispositive Motions Deadline: August 16, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *Tara L. Goodwin* <br> Daniel A. Edelman <br> Tara L. Goodwin | /s/ *Sarah A. Zielinski (w/ consent)* <br> Sarah A. Zielinski (IL 6294156) <br> Amy Starinieri Gilbert (IL 6317954) |

| | |
|---|---|
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>20 South Clark Street, Suite 1500<br>Chicago, IL 60603-1824<br>(312) 739-4200<br>(312) 419-0379 (FAX)<br>Email address for service:<br>courtecl@edcombs.com<br><br>*Counsel for Plaintiffs* | McGuireWoods LLP<br>77 W. Wacker Drive, Suite 4100<br>Chicago, Illinois 60601-1818<br>Telephone: (312) 849-8100<br>Facsimile: (312) 849-3690<br>szielinski@mcguirewoods.com<br>agilbert@mcguirewoods.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I, Tara L. Goodwin, certify that all counsel of record were served with this document by operation of the Court's electronic filing system on March 22, 2024.

*/s/ Tara L. Goodwin*
Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN COMBS LATTURNER
      & GOODWIN LLC
20 S. Clark Street Suite 1500
Chicago IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com