IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUSTIN FAHY, <br> JENNENE STOICESCU, <br> KIMBERLY ADAMS, <br> and WILLIAM NORTHCUTT, <br> on behalf of Plaintiffs and the class <br> members described herein, <br><br> Plaintiffs, <br><br> v. <br><br> MINTO DEVELOPMENT <br> CORPORATION; <br> BENHTI ECONOMIC <br> DEVELOPMENT CORPORATION; <br> DOUGLAS WILLIAM ISAACSON; <br> MINTO FINANCIAL d/b/a Minto Money; <br> and JOHN DOES 1-20, <br><br> Defendants. | Case No.: 1:23−cv−03590 <br><br> Judge Matthew F. Kennelly |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES**

Plaintiffs Justin Fahy, Jenne Stoicescu, Kimberly Adams and William Northcutt and Defendants Minto Development Corporation, Benhti Economic Development Corporation, Douglas William Isaacson and Minto Financial ("Parties"), submit this notice to inform the Court that they have settled this matter in principle on an individual basis and expect to file a stipulation or notice of dismissal within the next sixty days. They respectfully request that all deadlines be stayed while the parties document and effectuate the settlement.

| | |
|---|---|
| */s/ Tara L. Goodwin* <br> Daniel A. Edelman (ARDC 0712094) <br> Tara L. Goodwin (ARDC 6297473) <br> **EDELMAN, COMBS, LATTURNER** <br> **& GOODWIN, LLC** <br> 20 South Clark Street, Suite 1500 | */s/ Sarah Ann Zielinski* <br> Sarah Ann Zielinski <br> Amy L. Starinieri Gilbert <br> McGuireWoods LLP <br> 77 West Wacker Drive, Suite 4100 <br> Chicago, IL 60601 |

| | |
|---|---|
| Chicago, IL 60603-1824<br>(312) 739-4200<br>(312) 419-0379 (FAX)<br>Email address for service:<br>courtecl@edcombs.com<br><br>*Counsel for Plaintiffs* | szielinski@mcguirewoods.com<br>agilbert@mcguirewoods.com<br><br>*Attorneys for Defendants* |

<u>**CERTIFICATE OF SERVICE**</u>

  Tara L. Goodwin certifies that on April 18, 2024, this document was filed via ECF, causing a copy to be sent to all counsel of record.

                */s/ Tara L. Goodwin*
                Tara L. Goodwin