IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN FAHY,<br>JENNENE STOICESCU,<br>KIMBERLY ADAMS,<br>and WILLIAM NORTHCUTT,<br>on behalf of Plaintiffs and the class<br>members described herein, | )<br>)<br>)<br>)<br>)<br>) | Case No.: 1:23−cv−03590<br><br>Judge Matthew F. Kennelly |
| Plaintiffs, | ) | |
| v. | ) | |
| MINTO DEVELOPMENT<br>CORPORATION;<br>BENHTI ECONOMIC<br>DEVELOPMENT CORPORATION;<br>DOUGLAS WILLIAM ISAACSON;<br>MINTO FINANCIAL d/b/a Minto Money;<br>and JOHN DOES 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiffs Justin Fahy, Jenne Stoicescu, Kimberly Adams and William Northcutt and Defendants Minto Development Corporation, Benhti Economic Development Corporation, Douglas William Isaacson and Minto Financial ("Parties"), by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. The claims of the putative class against Defendants are dismissed without prejudice and without costs.

| | |
|---|---|
| */s/ Tara L. Goodwin*<br>Daniel A. Edelman (ARDC 0712094)<br>Tara L. Goodwin (ARDC 6297473)<br>**EDELMAN, COMBS, LATTURNER<br>& GOODWIN, LLC**<br>20 South Clark Street, Suite 1500 | */s/ Sarah Ann Zielinski*<br>Sarah Ann Zielinski<br>Amy L. Starinieri Gilbert<br>McGuireWoods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601 |

| | |
|---|---|
| Chicago, IL 60603-1824<br>(312) 739-4200<br>(312) 419-0379 (FAX)<br>Email address for service:<br>courtecl@edcombs.com | szielinski@mcguirewoods.com<br>agilbert@mcguirewoods.com<br><br>*Attorneys for Defendants* |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    Tara L. Goodwin certifies that on May 8, 2024, this document was filed via ECF, causing a copy to be sent to all counsel of record.

                                                                   */s/ Tara L. Goodwin*
                                                                   Tara L. Goodwin